[No. 10421–4–III. Division Three. October 25, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERTO J. OLIVARES, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 89–1–00408–0, Fred Van Sickle, J.,

entered November 20, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.